Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ. Greenbaum, J., dissents. Dowling, J., dissents on the ground that the plaintiffs have failed to establish that they procured a customer who was financially able to enter into a lease or sublease of the premises in question.

GIDEON DAKIN, Respondent, v. BRUCE D. TITMAN and Another, Appellants.— Determination affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

HIS MAJESTY, KING OF THE UNITED KINGDOM OF GREAT BRITAIN AND IRELAND AND OF THE BRITISH DOMINIONS BEYOND THE SEA, EMPEROR OF INDIA, Respondent, v. MANNING, MAXWELL & MOORE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ. Smith, J., dissenting.

BRODSKY & SOVAK, INC., Respondent, v. FRANK BRODSKY and Another, Defendants, and KARL BYOIR, Appellant, Individually and as Copartners, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ANNA MULLIGAN, Respondent, v. F. W. WOOLWORTH COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present – Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

IRA LESTER WOOD, Respondent, v. SAMSON D. OPPENHEIM and Others, Appellants.—Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

HERBERT R. SNYDER, Respondent, v. CHARLES PUTZEL, Appellant.— Order reversed and motion for new trial granted, with costs to appellant to abide event, on the ground that the verdict was against the weight of evidence. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ. Dowling and Merrell, JJ., dissenting.

HENRY YOOS, an Infant, by HENRY YOOS, His Guardian ad Litem, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $12,151.60; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

HENRY YOOS, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE DISENA, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ALBERT HEYE, Respondent, v. AMERICAN CHEMICAL EDUCTION COMPANY, Impleaded with HARRIETT A. SCHREITER and Another, as Executrices,